IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT BOLD, et al,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC. f/k/a, CROP PRODUCTION SERVICES, INC. and LOVELAND PRODUCTS, INC.,<br><br>Defendants. | CV-18-109-GF-BMM<br><br>**ORDER** |

A hearing on Defendants' Motion to Dismiss, Doc. 9, was held before the undersigned in this matter on February 6, 2019. Accordingly, for reasons stated at the motion hearing in open court, the Motion to Dismiss is **DENIED IN PART and GRANTED IN PART**.

DATED this 6th day of February, 2019.

Brian Morris
United States District Court Judge

-1-