IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT BOLD, ANNETTE BOLD, SPENCER BOLD, REGAN BOLD, ALEXANDRA BOLD, and X HANGING DIAMOND RANCH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NUTRIEN AG SOLUTIONS, INC. f/k/a CROP PRODUCTION SERVICES, INC., and LOVELAND PRODUCTS, INC.,<br><br>Defendants. | CV-18-109-GF-BMM<br><br>**ORDER** |

Defendants have moved for admission of Michael J. Hofmann (Mr. Hoffman), (Doc. 57), to practice before this Court in this case with Paul J. Lopach of Bryan Cave Leighton Paisner, LLP to act as local counsel. Mr. Hofman's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Hofman to appear on their behalf (Doc. 57) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Lopach, will be designated as lead counsel or as co-lead counsel with Mr. Hofman. Mr. Hofman must do his own work. He must do

-1-

his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Lopach, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Lopach, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Lopach.

DATED this 31st day of January, 2020.

_____
Brian Morris
United States District Court Judge