# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT BOLD, ANNETTE BOLD, SPENCER BOLD, REGAN BOLD, ALEXANDRA BOLD, and X HANGING DIAMOND RANCH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NUTRIEN AG SOLUTIONS, INC. f/k/a CROP PRODUCTION SERVICES, INC., and LOVELAND PRODUCTS, INC., <br><br> Defendants. | CV-18-109-GF-BMM <br><br><br> **O**RDER |

Plaintiffs filed a motion for spoliation sanctions against defendant Nutrien Ag Solutions ("Nutrien"). (Doc. 47.) Nutrien opposed the motion. (Doc. 53.) The Court conducted a hearing on Plaintiffs' motion on February 20, 2020. (Doc. 67.) For the reasons stated in open Court, **IT IS ORDERED** that Plaintiffs' Motion for Spoliation Sanctions (Doc. 47) is **DENIED WITHOUT PREJUDICE**.

DATED this 20th day of February, 2020.

_____
Brian Morris
United States District Court Judge

1